COURT OF APPEALS
 TENTH DISTRICT OF TEXAS
 center10985500
 September 21, 2016
 No. 10-16-00276-CR
 RUEBEN EARLE WALKER
 v.
 THE STATE OF TEXAS
 
 
 center-4254500
 From the 54[th] District Court
 McLennan County, Texas
 Trial Court No. 2015-1744-C2
 
--------------------------------------------------------------------------------
JUDGMENT

 This appeal has been considered by the Court. Because the Court finds that a certification of defendant's right of appeal that shows Rueben Earle Walker has the right of appeal has not been made a part of the record, it is the judgment of this Court that the appeal is dismissed. 
 A copy of this judgment will be certified by the Clerk of this Court and delivered to the trial court clerk for enforcement.
 PER CURIAM
 SHARRI ROESSLER, CLERK 
3040380-1206500
 By: ___________________________
 Nita Whitener, Deputy Clerk